In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property That Shall or May Be Required for the Opening and Extending of a Street Designated as East River Drive, from the Northerly Line of Grand Street to the Northerly Line of East 14th Street Together with the Public Park, Along the East River, Extending from the Prolongation of the Southerly Line of Grand Street to the Prolongation of the Northerly Line of East 12th Street, in the Borough of Manhattan, City of New York. THE CITY OF NEW YORK, Appellant; THE MEENAN COAL CO., INC., Respondent.— Final decree unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY CORKERY and CORNELIUS CORKERY, Respondents, v. THIRD AVENUE RAILWAY COMPANY and Others, Appellants, Impleaded with Another, Defendant. ELIZABETH STEPHENS and GERALD STEPHENS, Respondents, v. THIRD AVENUE RAILWAY COMPANY and Others, Appellants, Impleaded with Another, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARKLIN OPERATING CORPORATION, Relator-Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Final order unanimously modified by reducing the assessment on the land to $750,000, and on the building to $1,310,000, thus reducing the total assessment to $2,060,000, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARKLIN OPERATING CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Constituting the Board of Taxes and Assessments of the City of New York, Respondents.— Final order unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR E. WALDORF, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRANSIT BUILDING, INC., Relator-Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNE M. PELS, Appellant, v. MAX EINSCHLAG and PETER EINSCHLAG, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JANE F. WHITAKER, Individually and as Executrix, etc., of EDWARD V. WHITAKER, Deceased, and Others, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with